

**UNITED STATES DISTRICT COURT**
*for the*
*MIDDLE DISTRICT of PENNSYLVANIA*

U.S. Courthouse
228 Walnut Street, RM. 1060
P.O. Box 983
Harrisburg, PA 17108-0983



MARY. E. D'ANDREA
*Clerk of Court*

(717) 221-3920
FAX (717) 221-3959

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

November 28, 2000

RE: Miller vs. Horn, et al.
Civil Action No. 1:CV-00-789
USCA No. 00-9011

Dear Mr. Sisk:

Enclosed please find:

_____  One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.

___x___  Actual Record with one certified copy and one uncertified copy of docket entries.

_____  One certified copy of docket entries to be filed as the Certified List in Lieu of the _____ Supplemental Record.

_____  Actual _____ Supplemental Record with one certified copy and one uncertified copy of docket entries.

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Sincerely,

MARY E. D'ANDREA, CLERK

*Jill Cardile*
Deputy Clerk