

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**

U.S. Courthouse
228 Walnut Street, RM. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

(717) 221-3920
FAX (717) 221-3959

MARY. E. D'ANDREA
*Clerk of Court*

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

December 4, 2000

RE: Miller vs. Horn, et al.
Civil Action No. 1:CV-00-789
USCA No. 00-9011

Dear Mr. Sisk:

Enclosed please find:

_____  One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.

_____  Actual Record with one certified copy and one uncertified copy of docket entries.

_____  One certified copy of docket entries to be filed as the Certified List in Lieu of the _____ Supplemental Record.

\_\_\_x\_\_\_\_  Actual \_\_2nd\_\_ Supplemental Record with one certified copy and one uncertified copy of docket entries.
DOCUMENT 38

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Sincerely,

MARY E. D'ANDREA, CLERK

*Jill Cardile*
Deputy Clerk