UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
April 25, 2001

No. 00-9011

JOSEPH DANIEL MILLER, Appellant

v.

MARTIN HORN, et al.

(MDPA-Harrisburg D.C. No. 00-cv-00789 (YK))



Present: MANSMANN, ROTH and RENDELL, Circuit Judges.

1) Application by Appellant, Joseph Daniel Miller, for a certificate of appealability on additional issues.

2) Response by Appellee, Attorney General of Pennsylvania, to application by Appellant, Joseph Daniel Miller, for a certificate of appealability on additional issues.

3) Reply by Appellant, Joseph Daniel Miller, to Response by Appellee, Attorney General of Pennsylvania, to application for a certificate of appealability on additional issues.

Gayle Burr 267-299-4921
Case Manager

O R D E R

The foregoing application for a certificate of appealability on additional issues is denied.

A True Copy:

Marcia M. Waldron,
Clerk

By the Court,

Carol Los Mansmann
Circuit Judge

Dated: FEB 27 2002

cc: MCL
    FTC

ORIGINAL

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

MARCIA M. WALDRON
CLERK

TELEPHONE
215-597-2995

Middle Harrisburg (District) Clerk of District Court    Date 2/27/02

Miller vs. Horn (Caption)

C. of A. No. 00-9011

Joseph David Miller (Appellant)

RECEIVED
HARRISBURG, PA
MAR 04 2002
MARY E. D'ANDREA, CLERK
Per _____

00-cv-00789 (D.C. No.)

Enclosures:

February 27, 2002 (Date) — Certified copy of C. of A. Order by the Court Clerk

_____ Released (Record) (Supplemental Record - First - Second - Third)

__X__ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s) _____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

_Hayle Bush_   (267)-299-4921
Deputy Clerk    Telephone Number

Receipt Acknowledge:
_____ (Name)
3/4/02 (Date)

Rev. 3/13/00
Appeals (Certified List in Lieu of Record)

O:\FORMS\CASEMGMT\Record Release.wpd