OFFICE OF THE CLERK

**MARCIA M. WALDRON**
   CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

__**Middle (Harrisburg)**__    Clerk of District Court      Date __**March 29, 2005**__
   (District)

__**Miller v. Horn**__                                        C. of A. No. __**00-9011**__
   (Caption)

__**Joseph Daniel Miller**__
   (Appellant)

__**00-cv-00789**__
   (District Court No.)

Enclosures:

__**March 29, 2005**__ Certified copy of C. of A. Order by the **Court/Clerk**
   (Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
                is recalled.

                                             __/s/Gayle Burr__     (267)-299-__**4921**__
                                               Deputy Clerk          Telephone Number

Receipt Acknowledge:

_____
   (Name)

_____
   (Date)

                                                     Rev. 3/13/00
                                                     Appeals (Certified List in
                                                     Lieu of Record)

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 23, 2005

No. 00-9011

JOSEPH DANIEL MILLER, Appellant

v.

MARTIN HORN, et al.
(M.D. of PA (Harrisburg) No. 00-cv-00789)

Present:    ROTH, BARRY and SMITH, Circuit Judges.

Motion by Appellant to Appoint the Newly Created Capital Habeas Corpus Unit for the Federal Public Defender of the Middle District of Pennsylvania as Co-Counsel.

/s/Gayle Burr
Gayle Burr 267-299-4921
Case Manager

Case calendared at the convenience of the Court;
Response due April 4, 2005.

_____ O R D E R _____

**The foregoing** motion is granted.

A True Copy:

Marcia M. Waldron,
Clerk

By the Court

/s/ Jane R. Roth
**Circuit Judge**

**Dated:** March 29, 2005
nmb/cc:    Matthew C. Lawry, Esq.
           Francis T. Chardo, Esq.
           Anne L. Saunders, Esq.